| | |
|---|---|
| QUALITY LIFE SCIENCE LOGISTICS, LLC, | CASE NO. 1:23-cv-61 |
| Plaintiff, | HON. ROBERT J. JONKER |
| V. | |
| FAIRLIFE, LLC, | MOTION TO AMEND THE RULE 16 SCHEDULING ORDER |
| Defendant. | |

**Andrew P. Abood (P43366)**
**Daniel J. Noble (P86217)**
**Abood Law Firm**
*Attorneys for Plaintiff*
246 East Saginaw Street, Suite 100
East Lansing, Michigan 48823
Ph.: (517) 332-5900
Fax: (517) 332-0700
E.: andrew@aboodlaw.com
E.: daniel@aboodlaw.com

**Matthew T. Kemp (P79441)**
**Evan J. Bunis (OH #0101115)**
**Of Counsel: Peter R. Silverman (P41460)**
**Shumaker, Loop, & Kendrick, LLP**
*Attorneys for Defendant*
1000 Jackson St.
Toledo, Ohio 43604
Ph.: (419) 241-9000
Fax: (419) 241-6894
E.: mkemp@shumaker.com
E.: ebunis@shumaker.com
E.: psilverman@shumaker.com

**PLAINTIFF'S MOTION TO AMEND THE RULE 16 SCHEDULING ORDER**

**NOW COMES** Plaintiff, QUALITY LIFE SCIENCE LOGISTICS, LLC, by and through its counsel, Andrew P. Abood and the Abood Law Firm, and for its Motion to Amend the Rule 16 Scheduling Order (ECF No. 10), states as follows:

1. That on February 24, 2023, this Honorable Court entered a Rule 16 Scheduling Order (*Id.*);

2. That pursuant to the Scheduling Order, Plaintiff was required to disclose its expert witness and expert witness report on or before August 15, 2023 (*Id.*);

3. That despite the diligence of Plaintiff, Plaintiff was unable to meet this deadline due to recently discovering its accounting firm offers expert consulting and expert testimony services for litigation;

4. That an extension of the deadline for Plaintiff to provide its expert witness report would not be prejudicial to Defendant Fairlife because it does not require the extension of any other deadlines;

5. That Plaintiff served its Fed. R. Civ. P. 26(a)(2)(A) expert witness disclosure on Defendant Fairlife's counsel on September 11, 2023 and filed the corresponding Certificate of Service (ECF No. 23) ;

6. That Plaintiff's expert has indicated that a report can be prepared by October 16, 2023;

7. That an extension for Plaintiff to provide its expert witness report for sixty (60) days to October 16, 2023 would be a sufficient amount of time to allow Plaintiff's expert witness to author a report;

8. That pursuant to the Scheduling Order (ECF No. 10), Alternative Dispute Resolution is to occur on or before October 31, 2023;

9. That the Parties have engaged in preliminary mediation, but due to the schedule of the mediator, Alternative Dispute Resolution is not scheduled to resume until December 22, 2023;

10. That an extension of the time to complete Alternative Dispute Resolution for sixty (60) days to January 1, 2024 would provide adequate time to complete Alternative Dispute Resolution.

**WHEREFORE** Plaintiff, respectfully requests that this Honorable Court grant its Motion to Amend the Rule 16 Scheduling Order, Order an extension of the aforementioned deadlines, and provide all other relief deemed equitable and just.

Respectfully submitted,

*/s/ Daniel J. Noble*

Dated: September 14, 2023

_____
**Daniel J. Noble (P86217)**
Abood Law Firm
Attorneys for Plaintiff, Quality Life Science Logistics, LLC
246 East Saginaw Street, Suite 100
East Lansing, Michigan 48823
Ph.: (517) 332-5900
Fax: (517) 332-0700
E.: daniel@aboodlaw.com