# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:23-cv-61 | Quality Life Science Logistics, LLC v. Fairlife, LLC | 12/22/2023 |

**PARTIES**   Attendees

| Name | On Behalf Of |
|---|---|
| Arnie Hollenbeck | Plaintiff |
| Terry Fewless | Plaintiff |
| Jackie Doyle | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Andrew Abood | Plaintiff |
| Daniel Noble | Plaintiff |
| Matthew Kemp | Defendant |
| Peter Silverman | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

Result:    [✔] Case settled in full - Final paperwork will be filed: <u>within 30 days</u>
          [ ] Mediation continuing - Date of Next Session _____
          [ ] Not settled - Mediation Completed

Dated: December 27, 2023        By: /s/ Lee T. Silver  _____
                                    Lee T. Silver
                                    Mediator