UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| QUALITY LIFE SCIENCE LOGISTICS, LLC, | ) ) | Case No. 1:23-CV-61 |
| | ) | Judge Robert J. Jonker |
| Plaintiff, | ) ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| FAIRLIFE, LLC, | ) ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), Plaintiff Quality Life Science Logistics, LLC and Defendant fairlife, LLC hereby stipulate to the dismissal of all claims and counterclaims filed in this case, with prejudice, with each party to bear its own costs.

**STIPULATED AND AGREED TO:**

/s/ Andrew P. Abood (via consent)
Andrew P. Abood
Daniel Noble
Abood Law Firm
246 E. Saginaw Street, Suite One
East Lansing, MI 48823
andrew@aboodlaw.com

*Attorneys for Plaintiff*

/s/ Matthew T. Kemp
Matthew T. Kemp (P79441)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone:  (419) 241-9000
Facsimile:  (419) 241-6894
mkemp@shumaker.com

*Attorneys for Defendant
fairlife, LLC*

#30198770v1

>Of Counsel:
>Peter R. Silverman (P41460)
>SHUMAKER, LOOP & KENDRICK, LLP
>1000 Jackson Street
>Toledo, Ohio 43604
>Telephone:  (419) 241-9000
>Facsimile:  (419) 241-6894
>psilverman@shumaker.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2024, a copy of the foregoing **Stipulation of Dismissal** has been filed and served by operation of the Court's electronic filing system upon counsel for Plaintiff:

>Andrew P. Abood
>Daniel Noble
>Abood Law Firm
>246 E. Saginaw Street, Suite One
>East Lansing, MI 48823
>andrew@aboodlaw.com
>*Attorneys for Plaintiff*

>/s/ Matthew T. Kemp
>Matthew T. Kemp (P79441)
>SHUMAKER, LOOP & KENDRICK, LLP
>
>Attorneys for Defendant
>fairlife, LLC

2